# United States District Court
# District of Utah



**D. Mark Jones**  
Clerk of Court

**Louise S. York**  
Chief Deputy Clerk

June 16, 2014

Geoff D. Biegler  
12390 EL CAMINO REAL  
SAN DIEGO, CA 92130

—

Re:  University of Utah Research Foundation et al v. Counsyl  
     2:14CV443 PMW  
     Counsel for: Plaintiff

Dear Counsel:

   Our records indicate that you are not a member of the bar of this court.  You must become an active member of the bar of this court or be admitted *pro hac vice* in order to appear in this court, in the above-entitled case.

   Enclosed you will find the application form which is required under our local rules of practice.  You must associate local counsel to submit a motion for pro hac vice admission, your application, the fee and a proposed order. You will not be added to the case to receive notice until the order of the court has been signed and docketed.  Please make copies of the application and submit one for each attorney to be admitted. An electronic filing registration form is attached for submission to the court.

   You may contact the attorney registration clerk at 801-524-6100 with any questions which you may have.


Sincerely,  
D. Mark Jones, Clerk

By: *[signature]*  
Allison Ward  
Deputy Clerk

Enclosure

# Admission Pro Hac Vice
# Instructions and Forms

Attorneys who are not members of this Court's Bar may practice before this Court only after having been admitted pro hac vice pursuant to DU.Civ. Rule 83-1.1 (d).  Non-resident attorneys who wish to be admitted must associate local counsel to sponsor their temporary admission.  Local counsel shall move the admission of the pro hac counsel, and substitute in court if required.   Local Counsel must file the following with the court:

1. Motion by local counsel for admission of the pro hac vice attorney
   This should be filed electronically and the $15.00 fee paid on Pay.gov

2. Attached to the motion as an exhibit is the completed application for admission pro hac vice completed by the attorney seeking admission

3. Also attached as an exhibit should be a proposed order admitting the attorney.

Local counsel shall encourage pro hac vice attorneys to submit their electronic filing registration form as an exhibit to the application, noting that, if the pro hac vice attorney is a registered electronic filer in any other federal court, he or she will be given a Utah login and password upon submission of the application form.

The forms and fees must be paid for each case to which the attorney seeks admission.  Attorneys for the United States from other districts are exempt from the payment of the $15.00 fee but must comply with the other requirements of the rule.

HOURS: The Clerk's Office business hours are 8:30 a.m. to 4:30 p.m., Mountain Standard/Mountain Daylight Time.

PHONE: Call the Clerk's Office at 801-524-6100

WEBSITE: Visit the court's web page at **http://www.utd.uscourts.gov** for basic information on the court, access to local rules, and downloadable forms.

FILINGS: The Court does not accept faxed filings.  Affidavits submitted as separate original filings must bear an original signature.

E-FILING: The Court mandated electronic filing for all cases on May 1, 2006.
The court will e-mail rather than mail orders, judgments and notices.

COPIES: Orders for copies of case documents must be prepaid.  The Clerk's Office accepts MasterCard, Visa, Discover and American Express.

DOCKETS: Case dockets are now accessible on the Internet via WebPACER at http://ecf.utd.uscourts.gov.  Charges are based on the number of pages accessed at $.08 per page.  To access it, you must be registered with the Clerk's office. You may register online at http://pacer.psc.uscourts.gov or call the PACER Service Center at 800-676-6856.

*Updated: April 10, 2014*

**Counsel Submitting and Utah State Bar Number**
**Attorney For**
**Address**
**Telephone**

# UNITED STATES DISTRICT COURT
## District of Utah     _____ Division

| | |
|---|---|
| _____ | *  Motion for Pro Hac Vice Admission and |
| Plaintiff | *  Consent of Local Counsel |
| | * |
| v. | * |
| _____ | *  Case No. |
| Defendant. | * |

     Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of _____ as pro hac vice counsel for _____ ( Plaintiff/Defendant) and consent to serve as local counsel.   The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.


Dated                                                                                                 _____
                                                                                                  Signature of local counsel

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:   _____   Telephone:_____
Firm Name:           _____
Business Address:   _____
                    _____
                    _____

Current bar memberships and date of admission:
   Jurisdiction                     Bar Number
   _____   _____   Admitted on_____
   _____   _____   Admitted on_____
   _____   _____   Admitted on_____
   _____   _____   Admitted on_____

   Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
   \_\_\_\_ No              \_\_\_\_Yes ( provide additional information)

   Prior pro hac vice admissions in the District of Utah:                _____   none

   Case Name:_____
   Case Number:_____
   Admission Date:_____

   (Attach list of other cases separately if more space is needed.)

   I certify that I am a member in good standing of all bars to which I have been admitted.  I further agree to read and comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility.  This certification that the foregoing is true and correct  is made under penalty of perjury.


_____         _____
Signature                                    Date


Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.  All other attorneys must pay a fee of $15.00 concurrent with this application.  This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

   If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

_____

_____,
    Plaintiff

v.

_____,
    Defendant

: ORDER FOR PRO HAC VICE ADMISSION

: Case Number

_____

    It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of _____ in the United States District Court, District of Utah in the subject case is GRANTED.


Dated: this_____day of _____, 20_____.


                                                          _____

                                                          U.S. District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

## ELECTRONIC CASE FILING REGISTRATION FORM

Active members and current pro hac vice members of the District of Utah's Bar may register for the District of Utah Electronic Filing System by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

_____                   _____
**Name - First        Middle         Last**                                   **Firm Name**

_____                   _____
             **Mailing Address**                                                     **City, State, Zip**

_____                   _____
        **Utah State Bar # (if applicable)**                                     **Telephone Number**

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(D), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77 (d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;
- The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I file documents using the District of Utah's electronic filing system;
- I will carefully examine all documents prior to filing them electronically with this Court to either (i) redact sensitive and private information pursuant to DUCiv R , or (ii) move that the filing be sealed;
- I will secure and protect my Court-issued password against unauthorized use or compromise; and
- I will notify the Clerk of this Court within 24 hours when I (i) have a change of name, firm, address, or e-mail address to ensure proper and timely service, or (ii) learn that my password has been compromised.

**Email Address(es):**

   Use these address(es):  Primary Email address _____

   Up to two additional email addresses 1)_____ ,

   2) _____

**To receive a login, you must complete one of these four options.  Please check appropriate box.**

| | |
|---|---|
| ☐ | I have attended the CMECF Training for Attorneys given by the Court. |
| ☐ | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| ☐ | I have completed the CMECF Online Computer-Based Training modules on the court website. |
| ☐ | I have an ECF account in the Utah Bankruptcy Court or in another Federal District Court. District: |

**Date:** _____          **Signature:**_____

Please complete this form, and submit it by one of the following methods:
1. Mail the form to: **United States District Court, Office of the Clerk, ATTN:  CM/ECF Registration, 351 S West Temle, Room 1.100, Salt Lake City, Utah 84101,**
2. Scan and then email the form to **ut_support@utd.uscourts.gov**, or
3. Include this form as a pdf attachment with your Application for Pro Hac Vice.

After this Court processes this form, you will receive by email or US Mail your user ID and password that will enable you to access the system.  The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf/ecfpage.html.   Please call the Clerk's Office Help Desk at (801) 524-6851 if you have questions concerning registration, training, or use of the electronic filing system.                      Rev. 4/10/14